# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-844-508**

Effective Date of Registration:
July 14, 2017

## Title

- **Title of Work:** The Hitman's Bodyguard
- **Nature of Claim:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2017

## Author

- **Author:** Bodyguard Productions, Inc.
- **Author Created:** Entire Film
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright Claimant

- **Copyright Claimant:** Bodyguard Productions, Inc.
  318 N. Carson Street, #208  Carson City, NV 89701

## Limitation of copyright claim

- **Previously registered:** Yes
- **Previous registration and year:** PRE000009432, 2017
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue, music and special effects.

## Certification

- **Name:** Michael A. Hierl
- **Date:** July 13, 2017

Exhibit "1"