| NO | IP | PORT | Status | Peer ID | Torrent Hash | Torrent Name | Timestamp |
|---|---|---|---|---|---|---|---|
| 1 | 72.235.58.222 | 15711 | valid | 2D415A353735302D5363504D666C78654F633635 | 41D38BDD341F7FC7709ABB7940B287AEE5190D4D | The Hitmans Bodyguard 2017 1080p WEB-DL DD5.1 x264-PSYPHER | 3/11/2018 9:13:45 |
| 2 | 72.235.58.222 | 46097 | valid | 2D415A353736302D573565587A71424C70784159 | 41D38BDD341F7FC7709ABB7940B287AEE5190D4D | The Hitmans Bodyguard 2017 1080p WEB-DL DD5.1 x264-PSYPHER | 3/11/2018 9:52:41 |
| 3 | 72.235.58.222 | 50869 | valid | 2D415A353736302D573565587A71424C70784159 | 41D38BDD341F7FC7709ABB7940B287AEE5190D4D | The Hitmans Bodyguard 2017 1080p WEB-DL DD5.1 x264-PSYPHER | 3/11/2018 17:31:12 |
| 4 | 72.235.58.222 | 35128 | valid | 2D5554353533302D6A52636D214128793233296C | FF29CB75986B6711CB47E75865F5BD758D080B3E | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO | 6/8/2019 8:26:24 |
| 5 | 72.235.58.222 | 49112 | valid | 2D5554353533302D614443437E3441456B332E41 | FF29CB75986B6711CB47E75865F5BD758D080B3E | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO | 6/8/2019 8:29:15 |

Exhibit "2"