CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
Bodyguard Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Bodyguard Productions, Inc., | **Case No.: 19-CV-00456** |
| Plaintiff, | (Copyright) |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| Pacific DirectConnect, Inc. | |
| Defendant. | |

CORPORATE DISCLOSURE STATEMENT

Plaintiff Bodyguard Productions, Inc., ("Plaintiff") hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P. Plaintiff states it is owned by Millennium IP, Inc.  No publicly held corporation owns more than

20-015B

10% of its stock.

DATED: Kailua-Kona, Hawaii, August 23, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
Bodyguard Productions, Inc.