CV 19-00456 ACK-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Aug 23, 2019
At 2 oclock and 20 min pm  J.O.

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

for **Monday, October 21, 2019** at 9:00 a.m. before:

- [ ]   Magistrate Judge Rom Trader in Courtroom 5
- [✔]   Magistrate Judge Wes Reber Porter in Chambers
- [ ]   Magistrate Judge Kenneth J. Mansfield in Courtroom 6

• Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
• Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
• Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, August 23, 2019.

/s/ J. Michael Seabright
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date   August 23, 2019        Signature _____
                              Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**