CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiff
Bodyguard Productions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| Bodyguard Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Pacific DirectConnect, Inc.,<br><br>Defendant. | Case No. 1:19-cv-456-ACK-WRP<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES AND ORDER** |

## SECOND STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES AND ORDER

Whereas, Plaintiff Bodyguard Productions, Inc. ("Plaintiff") and Defendant Pacific DirectConnect, Inc. ("Defendant") (jointly "parties") have made significant progress toward resolving this dispute. Accordingly, Plaintiff has granted Defendant up until January 10, 2020 to file its Answer to Plaintiff's Complaint.

Whereas, the undersigned parties, through their respective counsel agree that it would be appropriate to extend the time to serve initial disclosures in order to

allow Defendant time to file its Answer to Plaintiff's Complaint should the parties' current discussions fail to arrive at resolution.

IT IS HEREBY STIPULATED AND AGREED by the parties, that the first extended December 2, 2019 deadline to submit their initial disclosures shall be extended to February 3, 2020.

DATED: Kailua Kona, Hawai`i, __11/4/2019__.

/s/ Kerry S. Culpepper
KERRY S. CULPEPPER
Attorney for Plaintiff
BODYGUARD PRODUCTIONS, INC.

DATED: Honolulu, Hawai`i, __11/4/2019__.

LOUISE K. Y. ING
RICHARD C. MOSHER
Attorneys for Defendant
PACIFIC DIRECTCONNECT, INC.

APPROVED AND SO ORDERED:



Wes Reber Porter
United States Magistrate Judge

*Bodyguard Productions, Inc. vs. Pacific DirectConnect, Inc.*; Case No. 1:19cv-456-ACK-WRP; *STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES AND ORDER*

2