CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiff
Bodyguard Productions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| Bodyguard Productions, Inc., | Case No. 1:19-cv-456-ACK-WRP |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 AND ORDER** |
| vs. | |
| Pacific DirectConnect, Inc., | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Bodyguard Productions, Inc. ("Plaintiff") and Defendant Pacific DirectConnect, Inc. ("Defendant") (jointly "parties"), through their respective attorneys, that pursuant to Rules 41(a)(1)(A)(ii) and 41(a) (2) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiff against Defendant

be and is hereby dismissed with prejudice, each party to bear any remaining costs and attorneys' fees other than the amounts already paid pursuant to a Settlement and Release Agreement ("Settlement Agreement") executed between the parties. No answer or motion for summary judgment has been filed. This Stipulation has been executed by Plaintiff's counsel and Defendant's counsel and thus all parties who have appeared. This Court will retain jurisdiction until December 31, 2020 for the purposes of enforcing the Settlement Agreement.

DATED: Kailua Kona, Hawai`i, January 22, 2020.

/s/ Kerry S. Culpepper
KERRY S. CULPEPPER
Attorney for Plaintiff
BODYGUARD PRODUCTIONS, INC.

DATED: Honolulu, Hawai`i, 1-8-2020.

LOUISE K. Y. ING
RICHARD C. MOSHER
Attorneys for Defendant
PACIFIC DIRECTCONNECT, INC.

19-cv-456

APPROVED AS TO FORM AND SO ORDERED
DATED: Honolulu, Hawaii, January 23, 2020



_____
Alan C. Kay
Sr. United States District Judge

_____
*Bodyguard Productions, Inc. vs. Pacific DirectConnect, Inc.*; Case No. 1:19-cv-456-ACK-WRP; *STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER*

3